IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Date Notice Mailed: July 16, 2009 |
| vs. : | |
| SYNTHES, INC.<br>1690 Russell Road<br>Paoli, PA 19301 : | CRIMINAL NO. 09-403-2 |

**NOTICE OF INITIAL APPEARANCE**

1. TAKE NOTICE that you have been indicted by the Grand Jury. A copy of the indictment is enclosed. A warrant for your arrest has been issued and is in the possession of the United States Marshal.

2. You are notified to appear before Magistrate Judge Thomas J. Rueter for an:

   INITIAL APPEARANCE before Magistrate Judge Rueter, on July 30, 2009, at 1:30 p.m. in Courtroom No.5B, 5th Floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

3. In order for the court to be provided with verified information regarding community and family ties in connection with the bail determination process, it is important that you contact the Pretrial Services Agency at (267) 299-4400 immediately. You will not be questioned concerning the offense for which you are charged and the information that you provide will be used for bail purposes only.

4. If you fail to appear at the INITIAL APPEARANCE pursuant to this notice, you will be subject to arrest by the United States Marshal.

5. Please consult with your attorney before the date fixed for arraignment. **NOTE**: If you do not have an attorney and cannot afford to hire one, an attorney will be appointed for you by the Court. **If you want an attorney to be appointed for you, take these papers immediately to the office of the Defender Association, Suite 540 West, 601 Walnut Street, Philadelphia, Pennsylvania, 19106, 215-928-1100. If you qualify for an appointment of counsel, the Court will appoint either the Defender Association or a member of the Federal Defense Panel.**

NO INTERPRETER REQUIRED

|  |  |
|---|---|
|  | This case has been assigned to |
|  | **Judge  Lawrence F. Stengel** |
| NO CUSTODY TEST DOCUMENT | For information communicate with |
| (arrnotnocustody.frm) | Courtroom Deputy **Laura L. Buenzle** |
|  | Telephone No. 267-299-7769 |
|  | NOTICE TO:  Magistrate Judge  Rueter<br>Synthes., Defendant<br>D. Goldberg, Defender Counsel<br>M. Crawley, United States Attorney<br>United States Marshal<br>Pretrial Services<br>Surety<br>Larry Bowman |

Cr. 9 (rev.10/2007)