IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 09-403-2 |
| v. | : | |
| NORIAN CORPORATION<br>SYNTHES, INC.<br>MICHAEL D. HUGGINS<br>THOMAS B. HIGGINS<br>RICHARD E. BOHNER<br>JOHN J. WALSH | :<br>:<br>:<br>: | |



FILED
JUL 30 2009
_____, Clerk
_____Dep. Clerk

### ENTRY OF APPEARANCE

TO THE CLERK:

      Kindly enter my appearance on behalf of the defendant, Synthes, Inc., in the above captioned matter.

Donald J. Goldberg
Attorney for Defendant
Synthes, Inc.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215-864-8345

Dated: 7/30/09